IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

**MICHAEL VEASEY,**
Plaintiff,

v.

**DONGWON AUTOPARTS TECHNOLOGY LLC,**
Defendant.

2026 JUL 21 P 12: 33

TREY
U.S. DI
MIDDLE

2:26-cv-00594-MHT-SMD

**COMPLAINT FOR BREACH OF CONTRACT**

## PARTIES

1. Plaintiff, Michael Veasey, is an adult resident of the State of Alabama.

2. Defendant, Dongwon Autoparts Technology LLC, is a business entity that may be served through its registered agent in Alabama.

## JURISDICTION AND VENUE

1. This is an action for breach of a written settlement agreement.

2. Venue and jurisdiction are proper in this Court under Alabama law.

## FACTUAL ALLEGATIONS

1. Plaintiff and Defendant entered into a written Settlement Agreement resolving prior litigation.

2. The Settlement Agreement required Defendant to make settlement payments within twenty-one (21) days following court approval of the Fair Labor Standards Act portion of the agreement.

3. Plaintiff fully performed all obligations required of him under the Settlement Agreement.

4. Defendant did not complete payment within the twenty-one (21) day period required by the Settlement Agreement.

5. Defendant ultimately completed payment after the contractual deadline.

6. The Settlement Agreement further provides that if a court determines a party breached the agreement, the opposing party is entitled to the reasonable attorney's fees and costs incurred in enforcing the agreement.

7. As a result of Defendant's alleged failure to timely perform its contractual obligations, Plaintiff contends he suffered damages and other losses.

1

## COUNT I – BREACH OF CONTRACT

1. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

2. A valid written contract existed between Plaintiff and Defendant.

3. Plaintiff performed all obligations required of him.

4. Plaintiff alleges Defendant breached the Settlement Agreement by failing to complete payment within the time required by the agreement.

5. Plaintiff contends he sustained damages as a result of Defendant's alleged breach.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff;

B. Award damages in an amount determined by the evidence;

C. Award court costs as permitted by law;

D. Award any relief available under the Settlement Agreement and Alabama law that the Court determines Plaintiff is entitled to receive; and

E. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Michael Veasey
Plaintiff, Pro Se

Date: 7/21/2026

9 Camellia Village Drive Apt C1
Brantley Al 36009
334.488.6668